**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**PEGASUS IMAGING CORPORATION,**

    Plaintiff,

v.           Case No. 8:08-cv-1770-T-30EAJ

**ALLSCRIPTS HEALTHCARE SOLUTIONS, INC., et al.,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Motion and Supporting Memorandum of Law to Set Aside Defaults of Allscripts Healthcare Solutions, Inc. and Allscripts, LLC (Dkt. 13), and Plaintiff's Response in opposition to the same (Dkt. 26). Upon review and consideration, the Court determines good cause exists for setting aside the defaults.

It is therefore ORDERED AND ADJUDGED that:

1. Said Motion (Dkt. 13) is **GRANTED**. The Clerk is directed to vacate the Entries of Default against Allscripts Healthcare Solutions, Inc. (Dkt. 11) and Allscripts, LLC (Dkt. 12).

2. Defendants shall electronically file an answer to the complaint within ten (10) days of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida on April 3, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-1770.mt set aside defaults.frm