UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PEGASUS IMAGING CORPORATION,

    Plaintiff(s),

v.                                        CASE NO.  8:08-CV-1770-T-30EAJ

ALLSCRIPTS HEALTHCARE SOLUTIONS,
INC., et al.,

    Defendant(s).
_____/

**AMENDED ORDER APPOINTING MEDIATOR**
**AND SCHEDULING MEDIATION**

Pursuant to the Court's Order of June 19, 2009, referring this case to mediation and directing the parties to select a Mediator, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that:

The following individual is hereby **appointed** by the Court to serve as Mediator in this action:

| | |
|---|---|
| **Name of Mediator**: | PETER J. GRILLI, ESQ. |
| **Address**: | 3001 West Azeele Street |
| | Tampa, FL  33609 |
| **Telephone Number**: | 813-874-1002     Fax:  813-874-1131 |
| **E-Mail:** | meditr@aol.com |
| **Date/Time of Mediation:** | **DECEMBER 14 & 15, 2009, AT 9:00 A.M.** |
| **Place of Mediation:** | Office of the Mediator |

Counsel are **reminded** of their obligations to comply with the provisions in ¶¶ 4(a) an (b) of the Order of Referral.  The mediator is authorized to continue or reschedule the mediation.

The Mediator's attention is drawn to the importance that within **five (5) days** following the mediation conference, the Mediator's Report as to the outcome of mediation be timely filed.

**DONE** and **ORDERED** in Tampa, Florida on September 25, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Mediator
Counsel/Parties of Record

F:\Docs\2008\08-cv-1770.appt med.wpd